**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

Case No. 2:13-cr-20347
Hon. Paul D. Borman
MJ: Hon. Steven R. Whalen

v.

D-1 SAJID HAKIM,
D-2 SAKINA HAKIM,
D-3 PAULA WILLIAMSON, M.D., and
D-4 FARID AHMED,

      Defendants.
_____/

**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT SAKINA HAKIM**

Upon reading and filing the Motion to withdraw as Counsel for Defendant Sakina Hakim filed by The Health Law Partners, P.C., Alan Gilchrist and Phillip Toutant, and the Court being otherwise fully advised in the premises;

IT IS ORDERED that the law firm of The Health Law Partners, P.C., and specifically Alan Gilchrist and Phillip Toutant, may withdraw as counsel for Defendant Sakina Hakim and are hereafter relieved of any further responsibility in this matter.

IT IS FURTHER ORDERED that Defendant Sakina Hakim shall have a reasonable time to obtain substitute counsel or seek court-appointed counsel in this Court's discretion.

SO ORDERED.

      s/Paul D. Borman
      PAUL D. BORMAN
      UNITED STATES DISTRICT JUDGE

Dated: December 19, 2013

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on December 19, 2013.

                                                s/Deborah Tofil
                                                Deborah Tofil
                                                Case Manager (313) 234-5122