UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

    Plaintiff,

v
                                                               Case No: 2:13-CR-20347
                                                                Hon. Paul D. Borman

D-2 SAKINA HAKIM,

    Defendant.
_____/

RAYMOND A. CASSAR (P36875)
Attorney for Defendant
30445 Northwestern Highway, Suite 220
Farmington Hills, Michigan 48334
(248) 855-0911; Fax (248) 855-9523
_____/

## APPEARANCE

To:    Clerk of the Court
        U.S. District Court Eastern District of Michigan
        231 West Lafayette Blvd.
        Detroit, MI  48226

    Please enter my Appearance as Counsel on behalf of the above named Defendant, SAKINA HAKIM.

                                                                s/RAYMOND A. CASSAR
                                                               30445 Northwestern Highway, Ste. 220
                                                               Farmington Hills, MI  48334
                                                               Phone: (248) 855-0911
                                                               Primary E-mail: ray@crimlawattorney.com
                                                               P36875

Dated:  December 23, 2013

## CERTIFICATE OF SERVICE

I hereby certify that on December 23, 2013, I electronically filed my Appearance with the Clerk of the Court using the ECF system which will send notification of such filing to all parties.

                                        s/RAYMOND A. CASSAR
                                        30445 Northwestern Hwy., Ste. 220
                                        Farmington Hills, MI  48334
                                        Phone:  (248) 855-0911
                                        Primary E-mail:  ray@crimlawattorney.com
                                        P36875

Dated:  December 23, 2013

Law Offices of Raymond A. Cassar, P.L.C. 30445 Northwestern Highway, Suite 220, Farmington Hills, MI 48334   248.855.0911