UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

          Plaintiff,

v.                                    Case No. 2:13–cr–20347–PDB–RSW
                                        Hon. Paul D. Borman

Sajid Hakim, et al.,

          Defendant(s),

_____

**NOTICE TO APPEAR**

   The following defendant(s) are hereby notified to appear:  Sajid Hakim, Sakina Hakim

   The defendant(s) shall appear before District Judge Paul D. Borman at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Detroit, Michigan, for the following proceeding(s):

- PLEA HEARING:  June 12, 2014 at 03:00 PM

**Certificate of Service**

   I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                     By: s/D Tofil
                                                           Case Manager

Dated:  June 11, 2014