UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

          Plaintiff,

v.                                                                  Case No. 2:13-cr-20347-PDB-RSW
                                                                    Hon. Paul D. Borman
Sajid Hakim, et al.,

          Defendant(s),

_____

## NOTICE TO APPEAR

The following defendant(s) are hereby notified to appear:  Sajid Hakim, Sakina Hakim

The defendant(s) shall appear before District Judge Paul D. Borman at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Detroit, Michigan, for the following proceeding(s):

- SENTENCING:  November 20, 2014 at 10:00 AM

## Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                    By: s/D Tofil
                                         Case Manager

Dated:   September 25, 2014