AO 245B (Rev. 02/16) Judgment in Criminal Case
Sheet 2 — Imprisonment

Judgment — Page 2 of 6

DEFENDANT: SAKINA HAKIM
CASE NUMBER: 2:13CR20347-2

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of:

thirty-three (33) months, to be served before the sentence imposed on co-defendant Sajid Hakim (Docket No. 13-20347-01).

☐ The court makes the following recommendations to the Bureau of Prisons:

**FILED**
**MAR 21 2017**
**CLERK'S OFFICE**
**U.S. DISTRICT COURT**

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
    ☐ at _____ ☐ a.m. ☐ p.m. on _____.
    ☐ as notified by the United States Marshal.

☒ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
    ☐ before 2 p.m. on _____.
    ☒ as notified by the United States Marshal.
    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on  1-13-17  to  Fci Lexington
at  Lexington, Ky , with a certified copy of this judgment.

Francisco J. Quintero, Warden
UNITED STATES MARSHAL

By  S. Ansel, CSO
DEPUTY UNITED STATES MARSHAL